UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA PHILLIBEN, DAVID
BOCHNIAK, and KENDRA SPARKS,

   Plaintiffs,        Case Number 09-13119
v.                Honorable David M. Lawson

JAMES JOE BRAVATA, DEBI DAVIS,
and ZACHARY DAVIS,

   Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

On October 7, 2014 and October 9, 2014, the plaintiffs filed notices showing that all of the defendants in this matter have filed voluntary petitions for protection under the Bankruptcy Code. Based on those notices, the Court will administratively close the case.

Accordingly, it is **ORDERED** that this case is **CLOSED** for administrative purposes without prejudice because each of the defendants is involved in a bankruptcy case in which a stay of proceedings or an injunction is in effect. This closing does not constitute a decision on the merits.

It is further **ORDERED** that if the bankruptcy stay or the injunction is removed as to proceedings relating to any defendant, then the case may be reopened upon the motion of either the plaintiffs or the defendant concerned.

              s/David M. Lawson
              DAVID M. LAWSON
              United States District Judge

Dated:  October 15, 2014

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 15, 2014.

                                            s/Marilyn Orem
                                            MARILYN OREM